## Commonwealth ex rel. Gordon, Appellant, *v.* Gordon.

Argued June 10, 1975. *William J. MacDermott,* for appellant; *Howard Gittis,* with him *Stephen T. Shaffer,* and *Wolf, Block, Schorr & Solis-Cohen,* for appellee.
Order affirmed.

## Commonwealth ex rel. Marks *v.* Marks, Appellant.

Argued June 16, 1975. *Arthur L. Pressman,* with him *Abraham, Pressman & Tietz,* for appellant; *I. B. Sinclair,* with him *Bell, Harvey, Pugh and Sinclair,* for appellee.
Order affirmed.

## Commonwealth ex rel. Morrone, Appellant, *v.* Gedney.

Argued June 9, 1975. *Stanford Shmukler,* with him *Barnett S. Lotstein,* for appellant; *Suzanne Balen Ercole,* Assistant District Attorney, with her *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for appellee.
Order affirmed.